

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-72,017-12

### IN RE JAVIER RIVERA FRANCO, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. W05-45713-T(D) IN THE 283RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam.*

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. Relator contends that sent a letter to the District Clerk of Dallas County on September 14, 2021 to determine how much it will cost to purchase copies of videos from his case. Though the Clerk recently responded to a similar mandamus abatement order by sending copies of videos directly to Relator, he alleges that the one of the videos was received damaged and that the Clerk has never responded to his requests for the cost to purchase copies of the requested exhibits.

In these circumstances, additional facts are needed. *In re Bonilla*, 424 S.W.3d 528 (Tex. Crim. App. 2014). Respondent, the District Clerk of Dallas County, is ordered to file a response stating whether or not Relator has requested a cost estimate to obtain copies of Exhibit 1 from a prior

writ application, which allegedly consists of police dashcam videos 532 and 535, and if so, whether he has been advised of the cost of purchasing the exhibits. If Relator made a request and the Respondent has not responded, the response to this order shall set forth the respondent's legal rationale for not responding. This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: November 17, 2021
Do not publish